# DIVIDENDS REMITTED TO THE COURT

Check Number 1017 Dated 09/17/10
Case Number 09-31314 - MOCERI, PETER J. SR.

| Creditor | Claim Number | Allowed Amount | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | 000006 | 561.62 | 1.05 |
| Advanced Gauging Technologies 8430 Estates Court Plain City OH 43064 | 000010 | 1,022.00 | 1.91 |
| Michigan Department of Treasury PO Box 30168 Lansing, MI 48909 | 000014 | 250.00 | 0.47 |
| American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | 000020 | 615.38 | 1.15 |
| Lodge At Cedar River Village One Shanty Creek Road Bellaire MI 49615 | 000024 | 1,554.95 | 2.91 |
| Ridge Wood Homeowners Association PO Box 83 Brighton MI 48116 | 000027 | 132.00 | 0.25 |
| ---------- Remittance Total ---------- | | 4,135.95 | 7.74 |

*(signed)* Michael A. Mason