## DIVIDENDS REMITTED TO THE COURT
Check Number 1026 Dated 11/18/10
Case Number 09-31314 - MOCERI, PETER J. SR.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | 000003 | 9,949.59 | 4.56 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | 000006 | 561.62 | 0.26 |
| Advanced Gauging Technologies<br>8430 Estates Court<br>Plain City OH 43064 | 000010 | 1,022.00 | 0.48 |
| Michigan Department of Treasury<br>PO Box 30168<br>Lansing, MI 48909 | 000014 | 250.00 | 0.10 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 000020 | 615.38 | 0.29 |
| Lodge At Cedar River Village<br>One Shanty Creek Road<br>Bellaire MI 49615 | 000024 | 1,554.95 | 0.71 |
| Ridge Wood Homeowners Association<br>PO Box 83<br>Brighton MI 48116 | 000027 | 132.00 | 0.06 |
| ---------- Remittance Total --------------- | | 14,085.54 | 6.46 |

*[signed]* Michael A. Mason, Trustee